UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TAVIA WAGNER,**

      **Plaintiff,**

**v.**                                    **Case No.  6:25-cv-154-CEM-DCI**

**LESVIA C. RODRIGUEZ,**
**ROBERTO A. RODRIGUEZ and**
**PEPES CANTINA DEBARY LLC,**

      **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on the Joint Notice of Settlement (Doc. 22), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record